## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT FORT CAMPBELL



FILED
VANESSA L. ARMSTRONG, CLERK
NOV 07 2014
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | No: 5:14MJ-158-K |
| MELISSA CLARK | 18 U.S.C. §113(a)(4) |

The United States Attorney charges:

### COUNT 1

On or about the 26th day of June, 2014, in the Middle District of Tennessee at Fort Campbell, Tennessee, within the special maritime and territorial jurisdiction of the United States, MELISSA CLARK, defendant herein, did assault (domestic) by striking, beating or wounding her husband, Shawn Clark, by hitting him with both hands on the face.

In violation of Title 18, United States Code, Section 113(a)(4).

DAVID RIVERA
United States Attorney

By: _____
NICHOLAS M. CAMPBELL
Special Assistant U.S. Attorney

MELISSA CLARK

## PENALTIES

### COUNT 1

18 U.S.C. 113(a)(4)

MINIMUM:

MAXIMUM: $100,000 and/or 1 year confinement

SPECIAL ASSESSMENT: $25